# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Tony Timothy Martin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00185-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| J.T. Barnes, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 26, 2024 Order.

August 26, 2024

Katherine Hord Simon, Clerk
United States District Court